# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00086-CV

**A. G. A. and W. F. A. M., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
## NO. 17-0150-CPS395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on February 22, 2019. By request to this Court dated February 25, 2019, Angela Chambers requested an extension of ten days.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Angela Chambers is hereby ordered to file the reporter's record in this case on or before March 4, 2019. If the record is not filed by

that date, Chambers may be required to show cause why she should not be held in contempt of court.

It is ordered on February 26, 2019.


Before Chief Justice Rose, Justices Kelly and Smith